**Mandamus DENIED and Opinion Filed April 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00506-CV

### IN RE ROBERT WAYNE MITCHELL, Relator

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F08-00433**

## MEMORANDUM OPINION
Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Fillmore

Relator asks this Court to order the trial court to rule on his motion for a judgment nunc pro tunc. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *In re State of Tex. ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding); *Simon v. Levario*, 306 S.W.3d 318, 320–21 (Tex. Crim. App. 2009) (orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140506F.P05